IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GERNARD DENEZ CHESTNUT,

    Petitioner,

v.                                                           4:18cv120–WS/HTC

RICKY D. DIXON,

    Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 101) docketed October 12, 2022. The magistrate judge recommends that Petitioner's fourth amended petition (ECF No. 42) for writ of habeas corpus, challenging his conviction in *State v. Chestnut*, Leon County, Florida case number 2010 CV 410, be DENIED. Petitioner has filed objections (ECF No. 106) to the magistrate judge's report and recommendation, and those objections have been carefully reviewed by the undersigned.

    Upon review of the record in light of Petitioner's objections, the court has

determined that the magistrate judge's report and recommendation is due to be adopted. Like the magistrate judge, the undersigned finds that Petitioner has failed to demonstrate that he is entitled to relief under 28 U.S.C. § 2254.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 101) is ADOPTED and incorporated into this order by reference.

2. Gernard Denez Chestnut's fourth amended petition for writ of habeas corpus (ECF No. 42), challenging his conviction in *State v. Chestnut*, Leon County, Florida case number 2010 CF 410, is DENIED.

3. The clerk shall enter judgment stating: "All claims are denied."

4. A certificate of appealability is denied.

DONE AND ORDERED this __6th__ day of __November__, 2022.

                                        s/ William Stafford  
                                        WILLIAM STAFFORD  
                                        SENIOR UNITED STATES DISTRICT JUDGE